**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO HEYWARD,

        Plaintiff(s),

    v.

CALIFORNIA HIGHWAY PATROL,

        Defendant(s).
_____/

No. C-14-03583 DMR

**ORDER GRANTING MOTION TO EXTEND TIME FOR AMENDED COMPLAINT [DOCKET NO. 7]**

On August 19, 2014, this court granted Plaintiff's application to proceed *in forma pauperis* but dismissed Plaintiff's complaint for failure to state a claim. [Docket No. 5.] The court ordered that an amended complaint, if any, was to be filed by September 5, 2014.

Under Federal Rule of Civil Procedure 6(b), the court may, for good cause, extend the time to file a document with or without a motion if a request is made before the original time expires. On September 4, 2014, before his amended complaint was due, Plaintiff filed a motion requesting additional time to file an amended complaint because Plaintiff was in the process of seeking pro bono assistance. [Docket No. 7.] The court finds that Plaintiff has established good cause to extend the deadline and therefore **grants** Plaintiff's motion. Any amended complaint shall be filed by **September 12, 2014.**

IT IS SO ORDERED.

Dated: September 5, 2014

DONNA M. RYU
United States Magistrate Judge